UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: Michael J. Owens & Megan M. Owens,     Chapter 13 Bankruptcy
       Debtors.     Case No. 15-26823-svk

---

### STIPULATION RESOLVING THE TRUSTEE'S MOTION(S) TO DISMISS

---

An order for relief pursuant to 11 U.S.C. Chapter 13 having been entered in the case of the debtors named above and subsequent Motion(s) to Dismiss this case pursuant to 11 U.S.C. §1307 (c) having been brought by the Trustee, the parties hereby stipulate and agree as follows:

1. The Debtors have through and including August 31, 2015 to file a Notice of Conversion to Chapter 7.

2. If no Notice of Conversion is filed, the Court will Dismiss the case without further hearing.

STIPULATED AND AGREED TO:

/s/_____     /s/_____
Office of the Chapter 13 Trustee     Nathan E. DeLadurantey Attorney for Debtor
P.O. Box 510920     Daniel T. Beasley, Attorney for Debtor
Milwaukee, WI 53203     DeLadurantey Law Office, LLC
(414) 271-3943     735 West Wisconsin Avenue, Suite 720
    Milwaukee, WI 53233
    (414) 377-0510

Prepared by:
Christopher D. Schimke, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344